UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Tracey L. Fetterman

Case No.: 18-18014
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___08/28/18___ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 25 Vail Court<br>Galloway, NJ<br>Value $56,000.00 |

| Liens on property: | Dilucia Management/Ryans Ridge<br>$5,691.00<br>PNC Bank<br>$14,265.00<br>PNC Bank<br>$50,079.00 |

| Amount of equity claimed as exempt: | |

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 18-18014-JNP
Tracey L. Fetterman                                                   Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Jul 26, 2018
                               Form ID: pdf905             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db             Tracey L. Fetterman,    25 Vail Ct,   Galloway, NJ 08205-9324
517469892     +Allied Interstate, LLC,    POB 1954 Attn: Care Credit,    Southgate, MI 48195-0954
517469893      American Coradius International,    Attn: Comenity / Paypal,    2420 Sweet Home Rd Ste 150,
                Amherst, NY 14228-2244
517469894     +American Express,    PO Box 1270,   Newark, NJ 07101-1270
517469896      Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
517469897     +Best Buy/CBNA,   POB 6497,    Sioux Falls, SD 57117-6497
517469898      Cabelas Club Visa - Capital One Bank,     PO Box 82519,   Lincoln, NE 68501-2519
517469900      CareCentrix,   Attn: AMCA,    4 Westchester Plz Bldg 4,    Elmsford, NY 10523-1612
517469901      Central Credit Servcies,    500 N Franklin Tpke Ste 200,    Ramsey, NJ 07446-1178
517469902      Chase Bank,   PO Box 15123,    Wilmington, DE 19850-5123
517469903     +Citibank N.A.,    PO Box 769006,   San Antonio, TX 78245-9006
517469904     +Client Services Inc.,    Attn: CapitalOne Bank,    3451 Harry S Truman Blvd,
                Saint Charles, MO 63301-9816
517469908     +DSNB/Macys,   PO Box 8218,    Mason, OH 45040-8218
517579981     +De Lage Landen Financial Services, Inc.,     DILWORTH PAXSON LLP,
                1500 Market Street, Suite 3500E,    Philadelphia, PA 19102-2101
517469907      Dilucia Management Corp./Ryans Ridge,     100 Jacobs Hall Ln,   Lansdale, PA 19446-6811
517469910      Eric Kershenblatt, Esq.,    Attn: Ryans Ridge,    48 S New York Rd,    Galloway, NJ 08205-9680
517469911      Home Depot-Citibank,    POB 6497,   Sioux Falls, SD 57117-6497
517469913     +LL Bean Visa Card / Barclays Bank,     POB 13337,   Philadelphia, PA 19101-3337
517469915     +Lyons Doughty & Veldhuis,    POB 1269 Attn: Capital One,    Mt. Laurel, NJ 08054-7269
517469914      Lyons Doughty & Veldhuis,    Attn: TD Bank USA N.A.,    PO Box 1269,
                Mount Laurel, NJ 08054-7269
517469917      Nationwide Credit Inc.,    Attn: American Express,    PO Box 14581,    Des Moines, IA 50306-3581
517469919      PNC Bank,   PO Box 3180,    Pittsburgh, PA 15230-3180
517469920     +PNC Bank NA,    PO Box 3180,   Pittsburgh, PA 15230-3180
517579979     +PNC Bank, National Association,    KML Law Group, P.C.,    216 Haddon Avenue,   Suite 406,
                Westmont, NJ 08108-2812
517469918     +Paypal Credit / Comenity Bank,    POB 105658,    Atlanta, GA 30348-5658
517469921      Rickart Collection Systems, Inc.,     Attn: Atlantic Medical Imaging,    PO Box 7242,
                North Brunswick, NJ 08902-7242
517469922      Sears/CBNA,    PO Box 6282,   Sioux Falls, SD 57117-6282
517469927      TD Bank/Target Credit,    PO Box 673,   Minneapolis, MN 55440-0673
517469928     +United Collection Bureau,    POB 140516 Attn: Citicards Citibank,     Toledo, OH 43614-0516
517469929      WFFNB/Raymour & Flanigan,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2018 22:52:04     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2018 22:52:03     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517469895      E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 26 2018 22:52:12     American Honda Finance,
                POB 1844,   Alpharetta, GA 30023-0000
517469891     +E-mail/Text: roy.buchholz@allianceoneinc.com Jul 26 2018 22:51:04
                Alliance One Receivables Management,    4850 Street Rd., Suite 300,    Attn: Capital One,
                Trevose, PA 19053-6643
517469899     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 22:56:54
                Capital One Bank USA NA,    POB 30281,   Salt Lake City, UT 84130-0281
517469905      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 26 2018 22:51:41     Comenity - Boscovs,
                PO Box 659622,   San Antonio, TX 78265-9622
517469906     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 26 2018 22:51:42     Comenity Bank/Peebles,
                POB 182789,   Columbus, OH 43218-2789
517469909      E-mail/Text: egssupportservices@alorica.com Jul 26 2018 22:52:13     EGS Financial Care, Inc.,
                4740 Baxter Rd,   Virginia Beach, VA 23462-4484
517469912      E-mail/Text: bnckohlsnotices@becket-lee.com Jul 26 2018 22:51:09     KOHLS Department Store,
                PO Box 3115,   Milwaukee, WI 53201-3115
517469916     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 26 2018 22:52:02     Midland Credit Mgmt. Inc.,
                8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
517469923      E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 22:56:50     SYNCB/Amazon,    PO Box 965013,
                Orlando, FL 32896-5013
517469924      E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 22:57:17     SYNCB/Care Credit,
                PO Box 965036,   Orlando, FL 32896-5036
517469925      E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 22:56:50     SYNCB/Lowes,    PO Box 965005,
                Orlando, FL 32896-5005
517469926      E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 22:57:18     SYNCB/SYNCHRONY Home,
                PO Box 965036,   Orlando, FL 32896-5036
517473161     +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 22:56:50     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Jul 26, 2018
                              Form ID: pdf905          Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
```
              Brian    Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian    Thomas     brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Rebecca Ann Solarz     on behalf of Creditor    PNC Bank, National Association
               rsolarz@kmllawgroup.com
              Thomas J Subranni     on behalf of Debtor Tracey L. Fetterman jwiesner@subranni.com,
               ecorma@subranni.com;jwiesner@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```