**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tracey L. Fetterman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1755<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–18014–JNP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tracey L. Fetterman

7/27/18                           **By the court:**   Jerrold N. Poslusny Jr.
                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Tracey L. Fetterman  
    Debtor

Case No. 18-18014-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Jul 27, 2018  
                           Form ID: 318      Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.

```
db              Tracey L. Fetterman,    25 Vail Ct,    Galloway, NJ 08205-9324
517469892      +Allied Interstate, LLC,    POB 1954 Attn: Care Credit,    Southgate, MI 48195-0954
517469893       American Coradius International,    Attn: Comenity / Paypal,    2420 Sweet Home Rd Ste 150,
                 Amherst, NY 14228-2244
517469896       Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
517469897      +Best Buy/CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
517469898       Cabelas Club Visa - Capital One Bank,    PO Box 82519,    Lincoln, NE 68501-2519
517469900       CareCentrix,    Attn: AMCA,    4 Westchester Plz Bldg 4,    Elmsford, NY 10523-1612
517469901       Central Credit Servcies,    500 N Franklin Tpke Ste 200,    Ramsey, NJ 07446-1178
517469904      +Client Services Inc.,    Attn: CapitalOne Bank,    3451 Harry S Truman Blvd,
                 Saint Charles, MO 63301-9816
517579981      +De Lage Landen Financial Services, Inc.,    DILWORTH PAXSON LLP,
                 1500 Market Street, Suite 3500E,    Philadelphia, PA 19102-2101
517469907       Dilucia Management Corp./Ryans Ridge,    100 Jacobs Hall Ln,    Lansdale, PA 19446-6811
517469910       Eric Kershenblatt, Esq.,    Attn: Ryans Ridge,    48 S New York Rd,    Galloway, NJ 08205-9680
517469913      +LL Bean Visa Card / Barclays Bank,    POB 13337,    Philadelphia, PA 19101-3337
517469915      +Lyons Doughty & Veldhuis,    POB 1269 Attn: Capital One,    Mt. Laurel, NJ 08054-7269
517469914       Lyons Doughty & Veldhuis,    Attn: TD Bank USA N.A.,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
517469917       Nationwide Credit Inc.,    Attn: American Express,    PO Box 14581,    Des Moines, IA 50306-3581
517469919       PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
517469920      +PNC Bank NA,    PO Box 3180,    Pittsburgh, PA 15230-3180
517579979      +PNC Bank, National Association,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
517469918      +Paypal Credit / Comenity Bank,    POB 105658,    Atlanta, GA 30348-5658
517469921       Rickart Collection Systems, Inc.,    Attn: Atlantic Medical Imaging,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
517469928      +United Collection Bureau,    POB 140516 Attn: Citicards Citibank,    Toledo, OH 43614-0516
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: QBTHOMAS.COM Jul 28 2018 03:28:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:53:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517469895       EDI: HNDA.COM Jul 28 2018 03:28:00      American Honda Finance,    POB 1844,
                 Alpharetta, GA 30023-0000
517469891      +EDI: ALLIANCEONE Jul 28 2018 03:28:00      Alliance One Receivables Management,
                 4850 Street Rd., Suite 300,    Attn: Capital One,    Trevose, PA 19053-6643
517469894      +EDI: AMEREXPR.COM Jul 28 2018 03:28:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517469899      +EDI: CAPITALONE.COM Jul 28 2018 03:28:00      Capital One Bank USA NA,    POB 30281,
                 Salt Lake City, UT 84130-0281
517469902       EDI: CHASE.COM Jul 28 2018 03:28:00      Chase Bank,    PO Box 15123,
                 Wilmington, DE 19850-5123
517469903      +EDI: CITICORP.COM Jul 28 2018 03:28:00      Citibank N.A.,    PO Box 769006,
                 San Antonio, TX 78245-9006
517469905       EDI: WFNNB.COM Jul 28 2018 03:28:00      Comenity - Boscovs,    PO Box 659622,
                 San Antonio, TX 78265-9622
517469906      +EDI: WFNNB.COM Jul 28 2018 03:28:00      Comenity Bank/Peebles,    POB 182789,
                 Columbus, OH 43218-2789
517469908      +EDI: TSYS2.COM Jul 28 2018 03:28:00      DSNB/Macys,    PO Box 8218,    Mason, OH 45040-8218
517469909       E-mail/Text: egssupportservices@alorica.com Jul 27 2018 23:53:54      EGS Financial Care, Inc.,
                 4740 Baxter Rd,    Virginia Beach, VA 23462-4484
517469911       EDI: CITICORP.COM Jul 28 2018 03:28:00      Home Depot-Citibank,    POB 6497,
                 Sioux Falls, SD 57117-6497
517469912       EDI: CBSKOHLS.COM Jul 28 2018 03:28:00      KOHLS Department Store,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517469916      +EDI: MID8.COM Jul 28 2018 03:28:00      Midland Credit Mgmt. Inc.,    8875 Aero Drive, Ste. 200,
                 San Diego, CA 92123-2255
517469923       EDI: RMSC.COM Jul 28 2018 03:28:00      SYNCB/Amazon,    PO Box 965013,    Orlando, FL 32896-5013
517469924       EDI: RMSC.COM Jul 28 2018 03:28:00      SYNCB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
517469925       EDI: RMSC.COM Jul 28 2018 03:28:00      SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
517469926       EDI: RMSC.COM Jul 28 2018 03:28:00      SYNCB/SYNCHRONY Home,    PO Box 965036,
                 Orlando, FL 32896-5036
517469922       EDI: SEARS.COM Jul 28 2018 03:28:00      Sears/CBNA,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
517473161      +EDI: RMSC.COM Jul 28 2018 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517469927       EDI: WTRRNBANK.COM Jul 28 2018 03:28:00      TD Bank/Target Credit,    PO Box 673,
                 Minneapolis, MN 55440-0673
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Jul 27, 2018
                               Form ID: 318             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517469929         EDI: WFFC.COM Jul 28 2018 03:28:00      WFFNB/Raymour & Flanigan,    PO Box 14517,
                   Des Moines, IA   50306-3517
                                                                                                 TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Brian Thomas,    Brian Thomas, Esq,   327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
            Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
             bthomas@ecf.epiqsystems.com
            Brian  Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
            Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association
             rsolarz@kmllawgroup.com
            Thomas J Subranni    on behalf of Debtor Tracey L. Fetterman jwiesner@subranni.com,
             ecorma@subranni.com;jwiesner@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```